**Order entered January 7, 2020**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01449-CV

**DOUGLAS HUNDERMAN AND DOROTHY HUNDERMAN, Appellants**

**V.**

**NATIONSTAR MORTGAGE, LLC, ET AL, Appellees**

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-09043**

## ORDER

As directed to do so, appellants have filed written verification they have requested the reporter's record. Accordingly, we **ORDER** deputy reporter Melissa Maxwell, whom the record reflects recorded the hearing that has been requested, to file the record no later than February 6, 2020.

We **DIRECT** the Clerk of the Court to send a copy of this order to Thu Bui, Official Court Reporter for the 101st Judicial District Court; Ms. Maxwell; and, the parties.

/s/     KEN MOLBERG
          JUSTICE